1  SCOTT N. SCHOOLS (SCBN 9990)
   Interim United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  ERIKA R. FRICK (CASBN 208150)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6973
7      Facsimile: (415) 436-7234
       E-Mail:  erika.frick@usdoj.gov
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12
    UNITED STATES OF AMERICA,        )    No. CR 07-0073 PJH
13                                   )
           Plaintiff,                )    [PROPOSED] ORDER AND
14                                   )    STIPULATION EXCLUDING TIME
       v.                            )    FROM FEBRUARY 13, 2007, TO
15                                   )    MARCH 14, 2007 FROM THE SPEEDY
    CARLOS ORTEGA-RIVAS,             )    TRIAL ACT CALCULATION (18 U.S.C.
16                                   )    § 3161(h)(8)(A)
           Defendant.                )
17                                   )    Status Hearing:  March 14, 2007
                                     )
18  _____)

19

20

21

22         Defendant Carlos Ortega-Rivas was indicted on February 13, 2007, and the parties

23  appeared before the Court on February 22, 2007.  With the agreement of the parties, and with the

24  consent of the defendant, the Court enters this order (1) scheduling a status hearing and trial

25  setting date on March 14, 2007, before the Honorable Phyllis J. Hamilton; and (2) documenting

26  the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), from February 13,

27  2007 to March 14, 2007.  The parties agreed, and the Court found and held, as follows:

28
    CR 07-0073 PJH
    [PROPOSED] ORDER AND
    STIPULATION EXCLUDING TIME        -1-

1    The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary to review documents in the case and effectively prepare for the case.

2.   Given these circumstances, the Court found that the ends of justice served by excluding the period from February 13, 2007 to March 14, 2007 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § (h)(8)(A).

3.   Accordingly, and with the consent of the defendant, the Court ordered that the period from February 13, 2007 to March 14, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4.   The Court scheduled a status hearing and trial setting date for March 14, 2007, at 2:30 p.m., before the Honorable Phyllis J. Hamilton.

IT IS SO STIPULATED.

DATED:  3/1/07 _____          _____/S/_____
                                         ERIKA R. FRICK
                                         Assistant United States Attorney



DATED:  2/28/07 _____          _____/S/_____
                                         STEVEN KOENINGER
                                         Attorney for Carl

**IT IS SO ORDERED.**

DATED:  March 6, 2007 _____          _____
                                         THE HONORABLE MARIA-ELENA JAMES
                                         United States Magistrate Judge

CR 07-0073 PJH
[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME          -2-