SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br> v. <br><br> CARLOS ORTEGA RIVAS, <br>    a/k/a Alvaro Mauricio Barahona Lopez, <br><br>    Defendant. | No. CR 07-0073 PJH <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 14, 2007 TO MAY 9, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |

     The parties appeared before the Court on March 14, 2007. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea and sentencing date on May 9, 2007, before your Honor; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from March 14, 2007 to May 9, 2007. The parties agreed, and the Court found and held, as follows:

     1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation because (1) both parties were still

STIPULATION AND [PROPOSED] ORDER
CR 07-0073 PJH

1  awaiting receipt of additional discovery, specifically, immigration audio tapes, and would need
2  adequate time to review that new discovery, and (2) the parties needed to have a report of
3  defendant's criminal history prepared by the Probation Office in order to conduct a consolidated
4  plea and sentencing pursuant to the Fast Track program.  The continuance was also necessary to
5  ensure continuity of counsel because counsel for the government, Assistant United States
6  Attorney Erika R. Frick, will be on travel and unavailable from at least April 23, 2007 to May 3,
7  2007.  The May 9, 2007 date is this Court's first available hearing date after AUSA Frick's return
8  from travel.

    2. Given these circumstances, the Court found that the ends of justice served by
10 excluding the period from March 14, 2007 to May 9, 2007 outweighed the best interest of the
11 public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period
13 from March 14, 2007 to May 9, 2007 be excluded from Speedy Trial Act calculations under 18
14 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    4. The Court scheduled a change of plea and sentencing hearing on May 9, 2007, at 1:30
16 p.m.

    IT IS SO STIPULATED.

19 DATED: _____          _____/S/_____
                                         ERIKA R. FRICK
20                                        Assistant United States Attorney

22 DATED: _____          _____/S/_____
                                         STEVEN J. KOENINGER
23                                        Attorney for Carlos Ortega-Rivas

**IT IS SO ORDERED.**

27 DATED: 4/10/07                         _____
                                         THE HON. PHYLLIS J. HAMILTON
28                                        United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (stamp)*

STIPULATION AND [PROPOSED] ORDER
CR 07-0073 PJH                                    2